STATE OF CONNECTICUT *v.* MICHAEL JAY

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 294 (AC 30002), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided January 13, 2011

STATE OF CONNECTICUT *v.* ROBERT SHIELDS III

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 584 (AC 30560), is granted, limited to the following issue:

"Did the Appellate Court properly determine that probable cause existed to support the issuance of a search warrant for the defendant's residence?"

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18731.

*Richard Emanuel,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided January 13, 2011